**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1754**

RON B. LANCASTER,

            Plaintiff - Appellant,

        v.

ALAMANCE COUNTY HONORABLE KATHRYN W. OVERBY, in her individual and official capacities; JOHN DOE CORPORATION, in its capacity as surety on the official bond of the judgeship of Alamance County,

            Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:23-cv-00620-WO-JLW)

Submitted:  December 5, 2024                    Decided:  December 9, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ron B. Lancaster, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron B. Lancaster appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Lancaster's 42 U.S.C. § 1983 complaint as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and discern no reversible error.  Accordingly, we deny Lancaster's motion for appointment of counsel and affirm the district court's order.  *Lancaster v. Overby*, No. 1:23-cv-00620-WO-JLW (M.D.N.C. July 10, 2024)  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*